UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL CASE NO. 06-365 |
| v. : | VIOLATION: 18 U.S.C. § 1344: |
| KEVIN FUNCHES : | (Bank Fraud) |
| Defendant : | |

### INFORMATION

The United States Attorney informs the Court:

**FILED**

**DEC 19 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### COUNT ONE

At all times material to the Information:

**SULLIVAN, J. EGS**

#### Introduction

1. United Bank, formerly known as Sequoia Bank ("Sequoia"), was a federally-insured "financial institution" within the meaning of 18 U.S.C. § 20.

2. The Funches Development and Management, LLC ("Funches Development"), was a limited liability company organized under the laws of the District of Columbia, with its principal place of business at 114 Quincy Place, N.E., Washington, D.C.

3. Defendant Kevin Funches ("Defendant Funches") was the president and co-founder of Funches Development

#### Bank Fraud

4. From between on or about July 1, 2003, to on or about August 26, 2003, Defendant Funches, within the District of Columbia, did commit the offense of bank fraud, that is, did knowingly execute or attempt to execute a scheme or plan to defraud Sequoia, a federally-insured financial institution, and did knowingly execute a scheme or plan to obtain money or

Case Related To 00-245

property for himself from Sequoia by means of false or fraudulent pretenses, representations, or promises, and the general nature of the fraudulent scheme was that Defendant Funches opened a business checking account at Sequoia with checks drawn on a bank account that he knew had insufficient funds, and, then, knowing that the newly-opened Sequoia account had insufficient funds, Defendant Funches made cash withdrawals and wrote checks against the account, in violation of Title 18, United States Code, Section 1344.

### The Scheme

5. It was part of the scheme and artifice that on or about July 1, 2003, Defendant Funches, within the District of Columbia, opened a business checking account at Sequoia Bank ("Sequoia") in the name of the Funches Development and Management Co., Inc. ("Sequoia Account"). The Sequoia Account was opened, within the District of Columbia, with a $2,500 check drawn against an account at Chevy Chase Bank in the name of Funches Development ("Chevy Chase Account"). However, the Chevy Chase Account was unfunded given that it had been opened by Defendant Funches with checks drawn on accounts that had previously been closed for insufficient funds.

6. It was part of the scheme and artifice that between on or about July 2, 2003, and on or about July 3, 2003, Defendant Funches deposited into the Sequoia Account three additional checks drawn against the unfunded Chevy Chase Account, one check for $3,000 was deposited at the Sequoia branch located at 11th and G Streets, N.W., Washington, D.C., another check for $2,500 was deposited at the Sequoia branch on K Street in Washington, D.C.; and a third check for $3,000 was deposited at the Sequoia branch located at 2301 M Street, N.W., Washington, D.C.

7. It was further part of the scheme and artifice that on or about July 3, 2003, Defendant Funches, knowing that he had not deposited any actual funds into the Sequoia Account, executed the scheme and artifice as set forth above in that he made cash withdrawals from the Sequoia Account totaling $5,500 at the Sequoia branches located at 11th and G Streets, N.W., Washington, D.C. and 2301 M Street, N.W., Washington, D.C. In addition, between on or about July 2, 2003, and on or about August 26, 2003, Defendant Funches wrote and presented for payment at least seven checks against the unfunded Sequoia Account totaling $10,211.

8. By on or about July 7, 2003, Sequoia learned that the Chevy Chase Account was under investigation as checks used to open that account had been returned for insufficient funds, and accordingly, Sequoia stopped activity on the Sequoia Account. As a result of Defendant Funches's scheme and artifice as described above, however, Sequoia suffered a loss of $5,623.

**(Bank Fraud, in violation of 18 United States Code, Section 1344)**

Respectfully Submitted,

JEFFREY A. TAYLOR
United States Attorney

*James G Flood*
James G. Flood
Assistant United States Attorney
For the District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5428
Washington, D.C. 20530
Phone: (202) 514-7131

Dated: December 19, 2006