AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———————— DISTRICT OF ————————

**FILED**
DEC 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-365

I, _KEVIN Funches_, the above named defendant, who is accused of _BANK FRAUD IN VIOLATION OF 18 U.S.C. 1344_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _12/19/06_
                                                                  Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer